# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re   Maureen J. Plevin | Chapter 13 |
| Debtor(s) | Case No.: 15-20144-GMH |

## NOTICE AND REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN

Maureen J. Plevin filed papers with the Court requesting modification of the confirmed Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the modified plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an order confirming the modified plan.

Drafted by:
Attorney Jonathan Mas
Consumer Advocates of Wisconsin, LLC
PO Box 511250
Milwaukee, WI 53203
Office: 414-301-2192 / Direct: 414-217-0899
attyjonathanmas@gmail.com

# REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN

1. The person requesting this plan modification is:
   X the Debtor;
   __ the Chapter 13 Trustee;
   __ the holder of an unsecured claim, Name: _____

2. Service: A certificate of service must be filed with this request for plan modification. Designate one of the following:
   X A copy of this proposed modification has been served on the parties (the debtor, the trustee, the United States trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

   __ A motion requesting limited service is being filed simultaneously with the Court.

3. I request the following modification of the Chapter 13 Plan last confirmed by the Court:

   A. **Starting in January 2019, the Debtor shall pay $450.00 monthly to the Trustee for the remaining applicable term.**

   All remaining terms of the Chapter 13 Plan confirmed on 9/20/2016 (*date*) are unaffected. In the event of a conflict between the terms of the confirmed Plan and the terms of this modification, the terms of this modification control.

   WHEREFORE, the proponent requests that the Court approve this modification to the confirmed Chapter 13 Plan.

**CERTIFICATION**

Each proponent or the attorney for each proponent must sign this certification. If the proponent is the Debtor, the Debtor's attorney must sign this certification, and the Debtor may, but is not required to sign. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this modified Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted December 13, 2018.

_____/s/_____
*Attorney for the Debtor(s)*
Consumer Advocates of Wisconsin, LLC
By: Attorney Jonathan Mas
PO Box 511250
Milwaukee, WI 53203
Office: 414-301-2192 / Direct: 414-217-0899
attyjonathanmas@gmail.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In re** Maureen J. Plevin | **Chapter 13** |
| **Debtor(s)** | **Case No.: 15-20144-GMH** |

Certificate of Service

    I, Attorney Jonathan Mas, certify that on December 13, 2018, I served the **Notice and Request to Modify Confirmed Chapter 13 Plan** that were filed with the Court to the parties on the attached mailing matrix by **first class U.S. mail** or, if so indicated below, by electronic service using the Court's CM/ECF system:

1. Office of the US Trustee by electronic service.

2. Chapter 13 Trustee Rebecca R. Garcia by electronic service.

Dated this 13th day of December 2018

/s/

Consumer Advocates of Wisconsin, LLC
Attorney for the Debtors
By: Attorney Jonathan Mas
State Bar No. 1084768