THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 17, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 13 |
| DATE: | January 15, 2019 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 15-20144 |
| DEBTORS: | Maureen J. Plevin |
| NATURE OF HEARING: | Nationstar Mortgage, LLC's Renewed Motion for Relief from Automatic Stay and Abandonment |
| APPEARANCES: | Jonathan Mas, for the debtor |
| | Mike Dimand, for Nationstar Mortgage LLC |
| | Rebecca Garcia, chapter 13 trustee |
| COURTROOM DEPUTY: | Kris Lucas |
| LAW CLERK: | Cameron Marston |

On January 15, 2019, the court held a hearing on Nationstar Mortgage, LLC's renewed motion for relief from the automatic stay and abandonment with respect to the debtor's homestead. The audio of the hearing is posted on the docket.

Based on the record and for the reasons stated at the hearing,

IT IS ORDERED that the debtor must timely make the mortgage payment to Nationstar Mortgage, LLC that comes due in February 2019.

IT IS FURTHER ORDERED that, on or before **February 15, 2019**, the debtor must file a request to modify the confirmed plan and an amended budget to provide for payment of Nationstar Mortgage, LLC's expected supplemental claim for arrears on direct mortgage payments that first came due after the filing of the petition.

IT IS FURTHER ORDERED that the hearing on Nationstar Mortgage, LLC's renewed motion for relief from the automatic stay and abandonment is adjourned to **February 26, 2019, at 1:00 p.m.** Participants may appear either in person (in Room 133 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202) or by phone (by calling the court conference line at 1-888-684-8852 and entering access code 7183566 before the scheduled time).

IT IS FURTHER ORDERED that the stay under 11 U.S.C. §362(a) is continued until terminated by operation of law or further court order.

IT IS FURTHER ORDERED that if the debtor fails to timely pay Nationstar Mortgage, LLC or file a request to modify the confirmed plan and an amended budget, as ordered above, the court may grant Nationstar Mortgage, LLC relief from the automatic stay at the above-scheduled adjourned hearing.

# # # #